Benjamin S. Akley (State Bar No. 278506)
bakley@pryorcashman.com
**PRYOR CASHMAN LLP**
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

*Attorneys for Defendant*
BELLA PALAZZO MANAGEMENT, LLC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN LARUE BAKER,<br><br>  Plaintiff,<br><br>  vs.<br><br>BELLA PALAZZO MANAGEMENT, LLC.,<br><br>  Defendant. | Case No. 2:25-cv-00565-DDP-PD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:<br>January 22, 2025<br><br>Current response deadline:<br>April 25, 2025<br><br>Proposed new response deadline:<br>May 23, 2025 |

**Pryor Cashman LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

STIPULATION

## **STIPULATION**

Plaintiff, AUSTIN LARUE BAKER ("Plaintiff") and Defendant BELLA PALAZZO MANAGEMENT, LLC. ("Defendant") hereby submit this stipulation further extending the time for Defendant to respond to Plaintiff's Complaint in this action.

WHEREAS, Plaintiff commenced this action on January 22, 2025;

WHEREAS, Plaintiff purported to serve the Complaint on Defendant on February 21, 2025;

WHEREAS, on or about March 26, 2025 Plaintiff and Defendant filed a stipulation extending Defendant's time to respond to the Complaint through and including April 25, 2025, which stipulation was granted and extension was Ordered by this Court on or about March 28, 2025;

WHEREAS, the parties are continuing to meet and confer regarding the facts of the case, the allegations contained in the Complaint, and a potential resolution of this matter, and require additional time in which to do so prior to Defendant's responding to the Complaint;

NOW, THEREFOR, the Parties have agreed, subject to the Court's approval, to further extend Defendant's time to respond to the Complaint through and including May 23, 2025.

| | |
|---|---|
| 1  IT IS SO STIPULATED | |
| 2 | **COPYCAT LEGAL PLLC** |
| 3  Dated: April 21, 2025 | |

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.
*dan@copycatlegal.com*

*Attorneys for Plaintiff*

**PRYOR CASHMAN LLP**

Dated: April 21, 2025

By: /s/ Benjamin S. Akley
Benjamin S. Akley
*bakley@pryorcashman.com*

*Attorneys for Defendant*

## ATTESTATION REGARDING SIGNATURES

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: April 21, 2025    By: /s/ Benjamin S. Akley
Benjamin S. Akley
*bakley@pryorcashman.com*

**Pryor Cashman LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670